ABRAHAM H. BARASHICK, Respondent, *v.* LEO RITTER et al., Appellants.

*Barashick* v. *Ritter*, 153 App. Div. 899, affirmed.
(Argued February 4, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 22, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon an alleged breach of contract.

*Joseph Gans* for appellants.

*Otto A. Samuels* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: MILLER, J.